UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Antonio Colbert, )
)
    Plaintiff, )
)
v. ) Civil Action No.
)
Ohio Supreme Court of Appeals, )
)
    Defendant. )

**FILED**
AUG - 5 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

10 1312

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

Plaintiff is a District of Columbia resident suing the appellate courts of the state of Ohio for unknown reasons. He does not accuse the defendant of any wrongdoing or attribute any conduct to it. In any event, this Court lacks subject matter jurisdiction to review the decisions (or lack thereof) of another court, *see* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). A separate Order of dismissal accompanies this Memorandum Opinion.

Date July 29, 2010

United States District Judge